UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | ED CV 16-2101-JGB (SP) | Date | October 5, 2016 |
|---|---|---|---|
| Title | EDWARD J. JUSZCZAK v. UNITED STATES OF AMERICA | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** (In Chambers) Order to Show Cause Why Court Should Not Issue Emergency Order to Grant Medical Care

    Plaintiff Edward J. Juszczak (BOP Register Number 10758-196) is a prisoner at the Federal Correctional Complex at Victorville, California, specifically at the Federal Correctional Institution I ("Victorville FCI I"). On October 4, 2016, plaintiff filed an Emergency Motion Seeking Immediate Relief Due to Imminent Danger of Death. As plaintiff does not have an action pending in this court, the court has construed the motion as a complaint seeking emergency relief.

    Plaintiff alleges he became ill on September 17, 2016, vomiting two pints of blood. Plaintiff was transferred from Victorville FCI I to a hospital where he received a blood transfusion, underwent surgery, and was told he needed additional surgeries. Petitioner was released from the hospital on September 22, 2016. Since his release from the hospital and return to Victorville FCI I, his abdomen has swelled enormously and he has continued to vomit and defecate blood. He went to the medical facility at Victorville FCI I on September 23, 24, and 26, 2016, but was not examined or given medical attention at any of these visits. Petitioner has become very weak, believes he has lost a great amount of blood, and fears he is on the verge of death.

    Plaintiff asks the court to issue an order requiring the Victorville FCI I medical facility to immediately evaluate plaintiff and give him medical care. Before deciding this motion, the court orders the government to inquire into the status of plaintiff's medical care at Victorville FCI I and report back to the court on or before **October 6, 2016**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 16-2101-JGB (SP) | Date | October 5, 2016 |
|---|---|---|---|
| Title | EDWARD J. JUSZCZAK v. UNITED STATES OF AMERICA | | |

    Plaintiff indicates the emergency motion/complaint was mailed to the prison warden, but it has not otherwise been served on the government, nor has there been an appearance for the government in this case.  Consequently, the court orders that a copy of this order be sent by mail and email to:

Dorothy A. Schouten
Chief, Civil Division
United States Attorney's Office
300 North Los Angeles Street, Room 7516
Los Angeles, CA 90012