JS-6
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. JUSZCZAK, | ) Case No. ED CV 16-2101-JGB (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

Pursuant to the Order Denying Emergency Motion for Immediate Relief and Dismissing Action as Moot,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: October 21, 2016

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE